IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| SANDURA Y. DUNCAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 3:13-cv-00178-SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| LAWRENCE HEALTH SERVICES and LAWRENCE MEMORIAL HOSPITAL, | * * * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff Sandura Y. Duncan's motion [doc.#'s 1 & 7] for leave to proceed *in forma pauperis* (having been provisionally granted by the Clerk of Court) is hereby granted. The applicant may proceed without prepayment of costs or fees or the necessity of giving security therefor.

IT IS THEREFORE ORDERED that, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendants in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of

the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of August 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE