IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| SANDURA Y. DUNCAN, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:13-cv-00178-SWW |
| | * |
| | * |
| LAWRENCE HEALTH SERVICES | * |
| and LAWRENCE MEMORIAL | * |
| HOSPITAL, | * |
| | * |
| Defendants. | * |

## ORDER

The joint motion [doc.#20] to dismiss with prejudice, the parties having reached a settlement of all issues, is hereby granted.

IT IS SO ORDERED this 18th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE